ACCEPTED
12-17-00268-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/27/2017 8:17 AM
Pam Estes
CLERK

NO. 12-17-00268-CV

**IN THE**
**TWELFTH COURT OF APPEALS**
**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/27/2017 8:17:41 AM
PAM ESTES
Clerk

MARY ELLEN DAVIS                                          APPELLANT

V.

MISTY DAVIS LANGFORD AND                                  APPELLEES
BILLY RAY DAVIS
IN RE: ESTATE OF JOHNNY RAY DAVIS, DECEASED

## JOINT MOTION TO ABATE

NOW COMES Appellant, MARY ELLEN DAVIS, and Appellees, MISTY DAVIS LANGFORD and BILLY RAY DAVIS, who make and file this Joint Motion to Abate the appeal filed in this proceeding pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure and for such would show the Court the following:

1.

The Appellant and Appellees have entered into a Rule 11 Agreement, which has been filed with the trial court, resolving all issues which are the subject of this appeal. Such Rule 11 Agreement is attached hereto as Exhibit "1."

2.

Pursuant to the Rule 11 Agreement, DNA testing has been conducted which establishes MARY ELLEN DAVIS, Appellee, to be the child of JOHNNY RAY DAVIS, deceased. A true and correct copy of the results of such testing are attached hereto as Exhibit "2."

3.

Pursuant to the Rule 11 Agreement, which is attached hereto as Exhibit "1," MARY ELLEN DAVIS shall be established as the child of JOHNNY RAY DAVIS and shall receive a one-third share of the estate of JOHNNY RAY DAVIS, deceased.

4.

Appellant and Appellees request that the Court abate the appeal and permit proceedings in the trial court to effectuate the agreement of the parties pursuant to Rule 42.1(2)(C) of the Texas Rules of Appellate Procedure.

WHEREFORE, PREMISES CONSIDERED, Movants request that the Court abate this appeal pursuant to Rule 42.1(2)(C) of the Texas Rules of Appellate Procedure. Movants pray for such other and further relief to which Movants may be justly entitled and for which Movants will ever pray.

Respectfully submitted,

J. R. "RUSTY" PHENIX
Attorney for MARY ELLEN DAVIS
State Bar No.: 15908300
118 South Main
Henderson, Texas 75654
Telephone: (903) 657-3595
Facsimile: (903) 657-3598
E-mail: rusty@phenixlawfirm.com

SCOTT TATUM
Attorney for MISTY LANGFORD and BILLY RAY DAVIS
State Bar No.: 00797541
P. O. Box 582
Lufkin, Texas 75902
Telephone: (936) 634-5594
Facsimile: (936) 639-4480
E-mail: kesta@tatumlaw.com

## CERTIFICATE OF CONFERENCE

Before filing this motion, the staff of Scott Tatum, the attorney for Appellees, was contacted about this motion, and they indicated they do not oppose this motion.

J. R. "RUSTY" PHENIX

## VERIFICATION

I swear or affirm that the facts stated herein are true and correct.

J. R. "RUSTY" PHENIX

THE STATE OF TEXAS          §

COUNTY OF RUSK             §

BEFORE ME, the undersigned official, on this day personally appeared the undersigned affiant, known to me to be the person whose name is subscribed to the foregoing document, and being by me first duly sworn, declared that the statements therein contained are true and correct.

J. R. "RUSTY" PHENIX

SUBSCRIBED AND SWORN TO before me on *NOVEMBER 16*, 2017, to certify which witness my hand and seal of office.

GLENDA WALLACE
Notary Public
STATE OF TEXAS
ID#768555-5
My Comm. Exp. April 3, 2021

Glenda Wallace
Notary Public, State of Texas

## CERTIFICATE OF SERVICE

The foregoing document was filed and served electronically on November ___, 2017.

J. R. "RUSTY" PHENIX

Attorney for Appellees
Scott Tatum
Tatum Law Office
P. O. Box 582
Lufkin, Texas 75902-0582
Email: kesta@tatumlaw.com

Filed 10/24/2017 9:11 AM
June Clifton
County Clerk
Nacogdoches County, TX

Dona Bass

NO. **PB1712687**

| ESTATE OF | § | IN THE COUNTY COURT |
|---|---|---|
| | | |
| **JOHNNY RAY DAVIS** | § | **AT LAW** |
| | § | |
| **DECEASED** | § | **NACOGDOCHES COUNTY, TEXAS** |

## RULE 11 AGREEMENT

Come now the parties, Defendants Billy Ray Davis and Misty Langford and Plaintiff Mary Ellen Davis, by and through their attorneys of record, and enter this agreement, which is intended to be filed with the papers of the Court and to satisfy the requirements of Rule 11 of the Texas Rules of Civil Procedure. The Parties agree as follow:

- Within 21 days from the date of this agreement, Billy Ray Davis and Mary Ellen Davis submit themselves for genetic testing at an agreed upon DNA testing facility located at Drug & Alcohol Testing Compliance Services, 450E. Loop 281, Suite C-2, Longview, TX;

- Each side will be responsible for payment of the costs of such testing in the amount of $275.00 payable to Drug & Alcohol Testing at 450 East Loop 281, Suite C2, Longview, TX 75605 for 28 marker DNA Testing to determine whether or not Billy Ray Davis and Mary Ellen Davis are full siblings.

- The payment of the sum of $275.00 shall be made by the party when the party submits for testing;

- If it is found that Billy Ray Davis and Mary Ellen Davis are full siblings, that being with each of them having the same mother and the same father, then the parties agree that Billy Ray Davis, Misty Langford and Mary Ellen Davis shall each split evenly (1/3 each) all future annuity payments from Genworth (that being the annuity related to the legal settlement on Brian Davis);

- If it is found that Billy Ray Davis and Mary Ellen Davis are not full siblings, then Mary Ellen Davis agrees to drop all claims relating to this suit, specifically to include all claims relating to her alleged relationship to Johnny Davis or Brian Davis;

- Each party agrees to be responsible for their own costs and own attorney's fees.

Scott Tatum
Attorney for Defendants
Billy Ray Davis and Misty Langford
Dated: October 18, 2017

J.R. Phenix
Attorney for Plaintiff
Mary Ellen Davis
Dated: October 16, 2017

EXHIBIT
1



**datcs**

Phone: (903) 234-1136
www.datcs.com



# DNA Analysis Results | Chain of Custody
### Case: 29713-2042583 (L17-11109)

**Accredited**
Testing by Alliance DNA

| Participant | Name | Race | Date of Collection | Sample Identification |
|---|---|---|---|---|
| Sibling 1 | Billy R. Davis | | November 2, 2017 | L17-11109-224-S1 |
| Sibling 2 | Mary Ellen Davis | Caucasian | October 26, 2017 | L17-11109-225-S2 |
| Parent-Sibling 1 (Not Tested) | | | | |
| Parent-Sibling 2 (Not Tested) | | | | |

**Probability of Full versus Half Siblings: 95.9117%        Combined Relationship Index: 23.5**

**Evidence Supports Tested Relationship**

Based on the results of the analysis obtained from the DNA loci listed, the probability of Full-Siblingship is 95.9117% (as opposed to having just one parent in common). This probability is calculated by comparing to an untested, unrelated, random individual of the Caucasian population (assumes prior probability equals 0.50). This report reflects the assumption that a common biological parent is shared between the test participants listed as siblings on this report. Results are implicitly based upon this assumption. If the assumption of a biological parent is incorrect, it is possible the reported results are inaccurate.

| Loci | IF-H | Sibling 1 | | Sibling 2 | | Parent-Sibling 1 (Not Tested) | | Parent-Sibling 2 (Not Tested) | |
|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 0.50 | 14 | 18 | 16 | 20 | | | | |
| TH01 | 4.76 | 8 | 9 | 8 | 9 | | | | |
| D21S11 | 2.27 | 30 | | 30 | | | | | |
| D18S51 | 3.91 | 16 | | 16 | | | | | |
| Penta E | 0.78 | 7 | 12 | 11 | 12 | | | | |
| D5S818 | 0.70 | 11 | 12 | 12 | 13 | | | | |
| D13S317 | 0.74 | 10 | 12 | 11 | 12 | | | | |
| D7S820 | 0.82 | 8 | 10 | 8 | 13 | | | | |
| D16S539 | 0.72 | 11 | 13 | 11 | 12 | | | | |
| CSF1PO | 0.77 | 10 | 12 | 10 | 14 | | | | |
| Penta D | 0.50 | 9 | 11 | 13 | 15 | | | | |
| Amelogenin | N/A | Male (XY) | | Female (X) | | | | | |
| vWA | 0.66 | 16 | 17 | 17 | | | | | |
| D8S1179 | 0.80 | 14 | 15 | 12 | 14 | | | | |
| TPOX | 0.50 | 10 | 11 | 8 | | | | | |
| FGA | 0.87 | 21 | | 21 | 22.2 | | | | |
| D1S1656 | 4.11 | 12 | 17.3 | 12 | 17.3 | | | | |
| D2S441 | 2.09 | 11 | 15 | 11 | 15 | | | | |
| D10S1248 | 0.61 | 14 | | 14 | 15 | | | | |
| D2S1338 | 3.19 | 17 | | 17 | | | | | |
| D12S391 | 0.66 | 20 | 22 | 21 | 22 | | | | |
| D19S433 | 0.78 | 12.1 | 14 | 14 | | | | | |
| D22S1045 | 1.53 | 15 | 16 | 15 | 16 | | | | |
| DYS391 | N/A | 10 | — | — | — | | | | |

Subscribed and sworn to before me on 11/03/2017 in Las Cruces, New Mexico - USA

Stefan A. Long, Notary Public - State of New Mexico
My commission expires on 06/26/2020.

I, the undersigned Laboratory Director, verify that the interpretation of the results is correct as reported on 11/03/2017

Dr. Roger V. Miller, Ph.D.,
Laboratory Director

Analysis conducted by Alliance DNA Laboratory (ADL), a division of Vanguard Genetics. ADL is accredited by AABB A2LA and ISO/IEC 17025. 9455 Research Drive, Las Cruces, NM 88003, USA - 800-943-5102

**NOTARY PUBLIC** STATE OF NEW MEXICO

**EXHIBIT 2**